**Dismissed and Memorandum Opinion filed March 8, 2022.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔔𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

### NO. 14-22-00003-CV

## WILLIAM H. TAYLOR JUNIOR, Appellant

## V.

## MORI ASSOCIATES, INCORPORATED, Appellee

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-65679**

## MEMORANDUM OPINION

This is an appeal from an order signed October 1, 2021. The notice of appeal was filed December 30, 2021. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code § 51.207 (appellate fees and costs).

On February 3, 2022, this court ordered appellant to pay the appellate filing fee on or before February 18, 2022 or the appeal would be dismissed. Appellant

has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Wise, Poissant, and Wilson.